**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Loretta M. Olson f/k/a
Loretta M. Jones,

Plaintiff,

vs.

Cenex Harvest States, Inc., and
Val Gudmundson,

Defendants.

Case No. 00-2414 RHK/JMM

**CONFIDENTIALITY AGREEMENT AND ORDER**

---

The parties to this action, Plaintiff Loretta M. Olson ("Plaintiff") and Defendants Cenex Harvest States Cooperatives ("Cenex") and Val Gudmundson ("Gudmundson") (collectively, "Defendants"), by their respective counsel, hereby stipulate and agree, and request that the Court enter a mutual protective order, as follows:

1. Plaintiff or the Defendants may designate as "CONFIDENTIAL" any document, testimony, information or material which they disclose or authorize to be disclosed in the course of this civil proceedings as hereinafter set forth in Paragraphs 2, 3, 4 and 5. Such designation shall subject the information produced or provided under said designation to the provisions of this Confidentiality Agreement.

2. Any writing produced or authorized to be produced by any party or person in this litigation may be designated as "CONFIDENTIAL" by that party stamping the words "CONFIDENTIAL" on the face of the writing or notifying the other parties of the designation.

3. Parties may designate documents, testimony, material or other information as "CONFIDENTIAL" only if they relate to a person's medical or physical condition, personnel

FEB 02 2001

records maintained by Cenex, investigative records, personnel actions taken by Cenex, or trade secrets relating to the products and services of Cenex.

4. Plaintiff or the Defendants may designate deposition testimony or any portion of deposition testimony as "CONFIDENTIAL" by advising the reporter and counsel of such designation during the course of the deposition or within thirty (30) days after receipt of the transcript. Portions of any deposition designated "CONFIDENTIAL" are to be filed with the Court under seal, bearing substantially the following designation: "Portions of this deposition were taken subject to a Confidentiality Agreement. These portions shall remain sealed until further agreement of the parties." Whenever any writing designated as "CONFIDENTIAL" is proposed as a trial exhibit or used as a deposition exhibit in this civil proceeding, it shall be so marked.

5. Plaintiff or the Defendants may designate as "CONFIDENTIAL" specific responses to information requests by labeling the specific response "CONFIDENTIAL."

6. Whenever any writing, testimony, information or material designated as "CONFIDENTIAL" is used or submitted to the Court in conjunction with any filing or proceeding in this action, it shall be so marked and shall be filed separately under seal with the Court.

7. Except upon prior written consent of the party asserting "CONFIDENTIAL" treatment or upon further order of a court of competent jurisdiction, documents, testimony, information or material designated as "CONFIDENTIAL" shall be held in strict confidence and shall be used solely for the purposes of prosecution or defense of this civil proceeding. Access to "CONFIDENTIAL" documents, testimony, information or material shall be limited to:

(a) Counsel for the respective parties, including in-house counsel and co-counsel (and employees of said counsel who are assisting in the prosecution or defense of this litigation);

(b) Experts and consultants (including independent experts and consultants, and employees or clerical assistants of said experts) who are employed, retained or otherwise consulted by counsel or a party for the purpose of analyzing data, conducting studies or providing opinions to assist in such litigation;

(c) Parties or officers or employees of the respective parties or of insurers with a need to know related to this litigation[1]; and

(d) Deposition and trial witnesses in this action.

8. "CONFIDENTIAL" documents, testimony, information or material shall not be disclosed to any expert or consultant (as defined in paragraph 6(b)) unless and until such person has signed and returned to all counsel a written agreement that he/she agrees to be bound by the terms of this Confidentiality Agreement.

9. No party shall, for himself or itself or for any person or persons acting on his or its behalf, make more copies of any "CONFIDENTIAL" information or material than are reasonably necessary to conduct this civil proceeding.

10. Except as otherwise provided for in this Confidentiality Agreement, all "CONFIDENTIAL" information and material shall remain in the possession of counsel for the respective parties, and be stored in a secure place.

---

1 Nevertheless, no non-supervisory employee of Cenex employed in the Decorah, Iowa, or Rushford, Minnesota, facility shall have access to Plaintiff's medical or mental health records.

apply to the Court for a ruling that the document, testimony, information or material shall not be so treated. Unless and until the Court enters an order to the contrary, the documents, testimony, information or material shall be given the "CONFIDENTIAL" treatment initially assigned to it and provided for in this Confidentiality Agreement. The party claiming confidential status shall have the burden on that issue.

12. Should any party hereto seek to utilize any "CONFIDENTIAL" document, testimony, information or material at a pre-trial hearing of this matter, he or it shall meet with counsel for the opposing party in an effort to agree upon a procedure to insure the confidentiality of such document, testimony, information or material. In the event counsel are unable to reach agreement, the matter will be submitted to the Court for resolution. This Agreement and Order shall not govern admissibility of any exhibit or testimony at trial.

13. Upon termination of this litigation, all copies of "CONFIDENTIAL" documents, testimony, information or material (and all summaries thereof) shall be returned to counsel for the producing party(ies), except that such counsel may retain one copy for professional liability and responsibility purposes.

14. This Confidentiality Agreement may be modified or amended by agreement of the parties or by further order of the Court for good cause shown.

Dated: January 29, 2001

**LITTLER MENDELSON, P.C.**

By: ______________________

Kathryn M. Wilson (#283605)
Andrew J. Voss (#241556)
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402.3720
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT CENEX HARVEST STATES COOPERATIVES**

Dated: ~~February~~ ___, 2001

**LAW OFFICE OF MICHAEL B. CHASE**

By: ______________________

Michael B. Chase (#134120)
2102 Firstar Center
101 E. Fifth St.
St. Paul, Minnesota 55101
Telephone: 651.225.8656

**ATTORNEY FOR DEFENDANT VAL GUDMUNDSON**

Dated: January ___, 2001

**LAW OFFICE OF RICHARD T. WYLIE**

By: ______________________

Richard T. Wylie (#11912X)
701 Fourth Avenue South, Suite 500
Minneapolis, Minnesota 55415
Telephone: 612.337.9581

**ATTORNEY FOR PLAINTIFF LORETTA M. OLSON**

**SO ORDERED:**

Dated this 31 day of January, 2001.

BY THE COURT:

______________________________

The Honorable ~~Richard H. Kyle~~ Jean M. Mason

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.