UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LORETTA M. OLSON f/k/a
Loretta M. Jones,

Plaintiff,

v.

CENEX HARVEST STATES, INC.,
and VAL GUDMUNDSON,

Defendants.

CIVIL NO. 00-2414 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on May 15, 2001 upon Defendant Cenex Harvest, Inc.'s Motion to Compel Medical Releases and to Amend Scheduling Order [Docket No. 13]. Andrew Voss, Esq. appeared on behalf of Defendant Cenex Harvest, Inc.; Michael Chase, Esq. appeared on behalf of Defendant Gudmundson; Richard Wylie, Esq. appeared on behalf of Plaintiff. There were no other appearances.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order for the reasons placed on the record.

IT IS HEREBY ORDERED as follows:

1. Defendant's Motion to Compel Medical Releases and to Amend Scheduling Order [Docket No. 13] is granted. No later than May 21, 2001, Plaintiff shall deliver to Defendant's counsel executed Authorizations to Release Medical Records in the form requested by Defendant.

2. The Pretrial Scheduling Order in this matter is amended to provide that Plaintiff shall submit to an examination under Rule 35 of the Federal Rules of Civil

FILED MAY 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Procedure in sufficient time to permit the examination to be completed by June 18, 2001, and Defendants shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, accompanied by the written report prepared and signed by the expert witness no later than June 25, 2001. All other provisions of the Pretrial Scheduling Order remain unchanged.

3. Counsel for Plaintiff shall pay to Defendant the sum of $500.00 as sanction pursuant to the provisions of Rule 37(a)(4) of the Federal Rules of Civil Procedure.

Dated: May 15, 2001

JOHN M. MASON
United States Magistrate Judge