**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Loretta M. Olson f/k/a
Loretta M. Jones,

Plaintiff,

vs.

Cenex Harvest States, Inc., and
Val Gudmundson,

Defendants.

Court File No. 00-2414 RHK/JMM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the above-captioned action shall be dismissed, on the merits, with prejudice, and without costs to either party.

Dated: November 21, 2001

**LITTLER MENDELSON, P.C.**

By: ______________________

Kathryn M. Wilson (#283605)
Andrew J. Voss (#241556)
Heather C. Sherman (#288135)
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402.3720
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT CENEX HARVEST STATES COOPERATIVES**

NOV 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 26 2001
DEPUTY CLERK

Dated: November 7, 2001

**LAW OFFICE OF MICHAEL B. CHASE**

By: ______________________
Michael B. Chase (#134120)
1604 Firstar Center
St. Paul, Minnesota 55101
Telephone: 651.225.8656

**ATTORNEY FOR DEFENDANT VAL GUDMUNDSON**

Dated: November 16, 2001

**LAW OFFICE OF RICHARD T. WYLIE**

By: ______________________
Richard T. Wylie (#11912X)
701 Fourth Avenue South, Suite 500
Minneapolis, Minnesota 55415
Telephone: 612.337.9581

**ATTORNEY FOR PLAINTIFF LORETTA M OLSON**

**ORDER**

Pursuant to the Stipulation of the parties as set forth above, and good cause appearing, **IT IS HEREBY ORDERED**, that this action be dismissed with prejudice, and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 11/26, 2001

BY THE COURT

______________________
United States District Court Judge