# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Loretta M. Olson f/k/a
Loretta M. Jones

Case No. Civil 00-2414 RHK/JMM

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Cenex Harvest States, Inc.
and Val Gudmundson

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action be dismissed with prejudice and without costs to either party.

DATE: November 26, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk